NO. 07-02-0173-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 5, 2002

______________________________

HOWARD HUDDLESTON, M.D. AND 

HOWARD HUDDLESTON, M.D., P.A., APPELLANTS

V.

ANESTHESIA SPECIALISTS OF HOUSTON, ET AL., APPELLEES

_________________________________

FROM THE 234TH DISTRICT COURT OF HARRIS COUNTY;

NO. 2000-63961; HONORABLE BRUCE OAKLEY, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Pending before this Court is appellants’ motion to dismiss this appeal by which they represent they no longer wish to prosecute the appeal.  Without passing on the merits of the case, the motion of Howard Huddleston, M.D., P.A., and Howard Huddleston, M.D. is hereby granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.1(a)(2).

Having dismissed the appeal at the request of appellants, no motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis

    Justice

Do not publish.